## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

EDWARD EUGENE MAYBERRY, JR.                                                    PLAINTIFF

v.                              NO. 5:12CV00136 JLH/JTR

TANYA LYMAN, Correctional Officer,
Arkansas Department of Correction, *et al.*                                    DEFENDANTS

### ORDER OF DISMISSAL

On April 18, 2012, Edward Mayberry, Jr.'s retained counsel filed a § 1983 complaint alleging that defendants Lyman, McConnell, and Kitchens violated his constitutional rights. Mayberry did not serve the defendants within 120 days of filing that complaint, as required by Fed. R. Civ. P. 4(m). Accordingly, on August 21, 2012, the Court issued an order to show cause giving Mayberry fourteen days to explain why this case should not be dismissed due to a lack of service. Mayberry did not respond to the order to show cause or serve the defendants, and the time for doing so has expired. Thus, this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 10th day of September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE