### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

EDWARD EUGENE MAYBERRY, JR.                                             PLAINTIFF

v.                            NO. 5:12CV00136 JLH/JTR

TANYA LYMAN, Correctional Officer,
Arkansas Department of Correction, *et al.*                             DEFENDANTS

### JUDGMENT

Pursuant to the order of dismissal entered separately today, judgment is entered in favor of the defendants on the claims of Edward Eugene Mayberry, Jr. The complaint is dismissed without prejudice.

IT IS SO ORDERED this 10th day of September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE